KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
ASIM M. BHANSALI - #194925
PAULA L. BLIZZARD - #207920
BROOK DOOLEY - #230423
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
FOXHOLLOW TECHNOLOGIES, INC.,
JOHN B. SIMPSON, and
MATTHEW B. FERGUSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re FOXHOLLOW TECHNOLOGIES, INC. SECURITIES LITIGATION<br><br>This Document Relates to ALL ACTIONS | Master File No. C-06-4595-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RELATING AND CONSOLIDATING CASES**<br><br>**[Pursuant to Civil L.R. 3-12(b), a chambers copy of this motion is being lodged in the case listed below]**<br><br>Judge: Hon. Phyllis J. Hamilton |
| MARILYN VARNADO, individually and on behalf of all those similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>FOX TECHNOLOGIES, INC., JOHN B. SIMPSON, MATTHEW B. FERGUSON, DOES 1-100,<br><br>      Defendants. | Case No. 07-705 MMC |

1    WHEREAS, pursuant to Civil Local Rule 3-12, the parties seek to have the Court relate the action entitled *Marilyn Varnado v. FoxHollow Technologies, Inc., et al.*, Case No. C 07-00705 MMC ("Varnado Action"), currently pending before the Hon. Maxine M. Chesney in this District, to the action pending before this Court entitled *In re FoxHollow Technologies, Inc. Securities Litigation,* Master File No. C 06-4595-PJH ("Consolidated Action"); and

WHEREAS, the Varnado Action pending before Judge Chesney concerns "substantially the same parties, property, transaction or event" as the Consolidated Action pending before this Court pursuant to Civil L.R. 3-12(a); and

WHEREAS, there is a substantial risk of "an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges" pursuant to Civil L.R. 3-12(b);

WHEREAS, pursuant to the Stipulation and Order Consolidating Cases and Appointing Lead Plaintiffs and Lead Counsel entered on October 26, 2006 in the Consolidated Action ("Consolidation Order"), the parties seek to have the Court consolidate the Varnado Action pending before Judge Chesney with the Consolidated Action pending before this Court;

WHEREAS, the Varnado Action pending before Judge Chesney "arises out of the subject matter of" the Consolidated Action pending before this Court pursuant to Paragraph 3 of the Consolidation Order;

WHEREAS, Defendants' Motion to Dismiss Consolidated Complaint is currently pending in the Consolidated Action and is set for hearing on June 27, 2007

WHEREAS, Defendants' answer or other responsive pleading to the Complaint in the Varnado Action is currently due no later than March 22, 2007;

IT IS THEREFORE STIPULATED THAT:

1.  Pursuant to Civil L.R. 3-12, *Marilyn Varnado v. FoxHollow Technologies, Inc., et al.*, Case No. C 07-00705 MMC, is related to the action entitled *In re FoxHollow Technologies, Inc. Securities Litigation,* Master File No. C 06-4595-PJH.

2.  Pursuant to Paragraph 3 of the Consolidation Order, *Marilyn Varnado v. FoxHollow Technologies, Inc., et al.*, Case No. C 07-00705 MMC, is consolidated for all purposes with *In re FoxHollow Technologies, Inc. Securities Litigation*, Master File No. C 06-4595-PJH.

3.  All matters presently scheduled for hearing in *Marilyn Varnado v. FoxHollow Technologies, Inc., et al.*, Case No. C 07-00705 MMC are vacated and will be renoticed for hearing before this Court.

4.  Defendants' Motion to Dismiss Consolidated Complaint, currently pending in *In re FoxHollow Technologies, Inc. Securities Litigation*, Master File No. C 06-4595-PJH and set for hearing on June 27, 2007, shall be deemed to be Defendants' response pursuant to Fed. R. Civ. P. 12 to the Complaint in *Marilyn Varnado v. FoxHollow Technologies, Inc., et al.*, Case No. C 07-00705 MMC.

Dated: March 16, 2007

KEKER & VAN NEST

By: /s/ Brook Dooley
BROOK DOOLEY
Attorneys for Defendants
FOXHOLLOW TECHNOLOGIES, INC.,
JOHN B. SIMPSON, and
MATTHEW B. FERGUSON

Dated: March 16, 2007

By: /s/ Reginald Terrell
REGINALD TERRELL
Attorneys for Plaintiff
MARILYN VARNADO

1  Dated: March 16, 2007                                COTCHETT, PITRE, SIMON & McCARTHY

                                                        By: /s/ Mark C. Molumphy
                                                        MARK C. MOLUMPHY
                                                        CO-LEAD COUNSEL FOR LEAD
                                                        PLAINTIFFS AND CLASS

7  I, Brook Dooley, am the ECF user whose ID and password is being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45, X, B., I hereby attest that Reginald Terrell and Mark Molumphy have concurred with this filing.

                              [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 3/20/07

                                                 By: _____
                                                                                   JUDGE

                                                 IT IS SO ORDERED
                                                 [signature]
                                                 Judge Phyllis J. Hamilton

                                                 UNITED STATES DISTRICT COURT
                                                 NORTHERN DISTRICT OF CALIFORNIA

---

391868.01

3

STIPULATION AND [PROPOSED] ORDER RELATING AND CONSOLIDATING CASES
CASE NO. C-06-4595-PJH

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On **March 16, 2007**, I served the following document(s):

**Stipulation and [Proposed] Order Relating and Consolidating Cases**

by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

Reginald Terrell
The Terrell Law Group
223 25th Street
Richmond, CA 94804

Donald Amamgbo
Amamgbo & Associates
7901 Oakport Street, Suite 4900
Oakland, CA 94621

Judith Blackwell
Blackwell & Blackwell
584 Valla Vista Avenue
Oakland, CA 94610

Executed on March 16, 2007, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*(signature)*
Robert W. Thomas

391939.01