UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff(s), | ) | No. CR07-0705 SI (BZ) |
| v. | ) | |
| | ) | **ORDER SCHEDULING HEARING** |
| EDMUND JEW, | ) | |
| Defendant(s). | ) | |

IT IS ORDERED that defendant's request for CJA funds to transcribe and translate three undercover audio tapes is scheduled for hearing on **Wednesday, April 23, 2008 at 1:30 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  The parties should be prepared to discuss the following issues:

    1.  Whether defendant has shown that he is eligible to obtain CJRA services.

    2.  Why the court should reimburse defendant for translation services already performed, apparently without court approval.

    3.  The most efficient and cost effective way of getting

1 | a translation of the tapes that both sides can use.
2 | Dated: April 14, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\USA V. JEW\SCHEDULING ORDER.wpd